UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  26-00055 |
| Terri Q. Bell | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Motion of USAA Federal Savings Bank to Modify Automatic Stay**

This matter coming to be heard on the Motion of USAA Federal Savings Bank for Relief from Stay and Co-Debtor Stay regarding the property located at 6148 W Columbia Ave, Philadelphia, PA 19151, IT IS HEREBY ORDERED:

1. The motion is granted. The automatic stay is modified as to in rem remedies only to permit USAA Federal Savings Bank to pursue its non-bankruptcy remedies with respect to the property located at 6148 W Columbia Ave, Philadelphia, PA 19151.

2. The stay under Fed. R. Bankr. P. 4001(a)(4) does not apply, and this order is effective immediately.

Enter:  /s/ Deborah L. Thorne

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  March 11, 2026